**FAEGRE DRINKER BIDDLE & REATH LLP**
Caroline L. Guensberg (SBN 338440)
Four Embarcadero Center, 27th Floor
San Francisco, California 94111
Telephone: (415) 591-7511
Facsimile: (415) 591-7510
Email: *caroline.guensberg@faegredrinker.com*

***ATTORNEYS FOR DEFENDANT***
***BOSTON SCIENTIFIC CORPORATION***

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHMOUD MESALLEM,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION and DOES 1-25,<br><br>Defendants. | Case No. 2:23-cv-00329-DAD-DB<br>District Judge Dale A. Drozd<br>Magistrate Judge Deborah Barnes<br><br>**NOTICE OF APPEARANCE OF CAROLINE L. GUENSBERG FOR DEFENDANT BOSTON SCIENTIFIC CORPORATION** |

**TO THE CLERK OF COURT AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** of the appearance of Caroline L. Guensberg of Faegre Drinker Biddle & Reath LLP, as counsel of record for and on behalf of Defendant Boston Scientific Corporation, in the above-captioned matter.  It is respectfully requested that she be added to the service list of this action and that copies of all pleadings and notices pertaining to the above-entitled matter be forwarded to counsel at the following address:

**FAEGRE DRINKER BIDDLE & REATH LLP**
Caroline L. Guensberg (SBN 338440)
Four Embarcadero Center, 27th Floor
San Francisco, California 94111
Telephone: (415) 591-7511
Facsimile: (415) 591-7510
Email: *caroline.guensberg@faegredrinker.com*

Caroline L. Guensberg is licensed to practice law in the State of California and is a member in good standing with the California State Bar.

Dated:  March 22, 2023

**FAEGRE DRINKER BIDDLE & REATH LLP**

By:    /s/ *Caroline L. Guensberg*
Caroline L. Guensberg (SBN 338440)
Four Embarcadero Center, 27th Floor
San Francisco, California 94111
Telephone: (415) 591-7511
Facsimile: (415) 591-7510
Email: *caroline.guensberg@faegredrinker.com*

*Attorneys for Defendant Boston Scientific Corporation*